# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1013
KA 14-00257
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, WHALEN, AND DEJOSEPH, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                  MEMORANDUM AND ORDER

BRIAN C. WEAVER, DEFENDANT-APPELLANT.

---

DAVISON LAW OFFICE, PLLC, CANANDAIGUA (MARK C. DAVISON OF COUNSEL),
FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (NANCY GILLIGAN OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Monroe County Court (Vincent M.
Dinolfo, J.), rendered January 30, 2014. The judgment convicted
defendant, upon his plea of guilty, of criminal possession of a weapon
in the second degree (two counts) and criminal possession of a weapon
in the third degree (five counts).

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon his
plea of guilty of two counts of criminal possession of a weapon in the
second degree (Penal Law § 265.03 [3]) and five counts of criminal
possession of a weapon in the third degree (§ 265.02 [1], [3], [7]),
defendant contends that his statements to the police should have been
suppressed as the product of an illegal arrest. Defendant requested a
probable cause hearing in his omnibus motion, which County Court
denied "at this point." The court advised defense counsel that, if
the facts adduced at the *Huntley* hearing raised an issue regarding
probable cause, the court would consider the issue at that time.
Defendant, however, never renewed his request for a probable cause
hearing or raised any contention with respect to probable cause at the
*Huntley* hearing. Under the circumstances, we conclude that defendant
has abandoned his contention (*see People v Britton*, 113 AD3d 1101,
1102, *lv denied* 22 NY3d 1154; *see also People v Linder*, 114 AD3d 1200,
1200-1201, *lv denied* 23 NY3d 1022; *People v Adams*, 90 AD3d 1508, 1509,
*lv denied* 18 NY3d 954).

Entered:  October 2, 2015                          Frances E. Cafarell
                                                    Clerk of the Court